# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO BETANCOURT,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case No. 22-cv-05898-KAW<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Re: Dkt. No. 7 |

The Clerk will now reassign this case to a United States District Judge because either:

[x]     One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

[ ]     One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**Important:** All hearing dates currently scheduled before KANDIS A. WESTMORE are vacated and should be re-noticed for hearing before the District Judge to whom this case is reassigned.

Dated: November 3, 2022

    Mark B. Busby
    Clerk of Court, United States District Court

    By: _____
    Diyana Staples, Deputy Clerk to the
    Honorable KANDIS A. WESTMORE

*Rev. 10-18*