UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO BETANCOURT,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC,

Defendant.

Case No.  22-cv-05898-RS

**ORDER CONTINUING MOTION HEARING AND REQUESTING SUPPLEMENTAL BRIEFING**

The hearing on Defendant's motion to dismiss, currently set for July 16, 2026, at 1:30 pm, is continued to August 6, 2026, at 1:30 pm. The parties are directed to file supplemental briefs, not exceeding 10 pages, on the questions below by July 24, 2026.

1. Whether differences between the elements of an equitable claim under the UCL and a legal claim under the CLRA, if any, bear on the adequacy of the legal remedy for purposes of federal equitable jurisdiction?

2. Whether Plaintiff has standing to seek an injunction based on injury to the environment?

3. Whether Plaintiff has standing to seek an injunction based on the prospect that he might buy another Mercedes-Benz vehicle with an allegedly noncompliant warranty?

**IT IS SO ORDERED**.

Dated: July 14, 2026

_____
RICHARD SEEBORG
United States District Judge